AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_First Circuit_    District of _MASSACHUSETS_

_Michael Black_
  Plaintiff

V.

_David L. Winn (Warden)_
_FMC Devens_
  Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE _05-40150 NG_

I, _Michael Black_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☒ No
   b. Rent payments, interest or dividends              ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
   d. Disability or workers compensation payments       ☐ Yes     ☒ No
   e. Gifts or inheritances                             ☐ Yes     ☒ No
   f. Any other sources                                 ☒ Yes     ☐ No

   _See the back of this form for the answer to question (f)._

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____0_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

    I have no property, no real estate, I am a paraplegic and I do not work. My only money is from my big brother who send me money from time to time, However he has a wife and two children to take care of, And he Also take care of our mother who is very old. I don't know when he will send any money to me.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    I have one daughter, but I can not do Anything for her. She lives with her grand mother. She is 13 year old. No one look for money to come from me. I have a very hard time just taken care myself while here in prison.

I declare under penalty of perjury that the above information is true and correct. And I do not have the money to pay the court the fee to file the motion. Could you please over look the fee so I can have my claim of Actual Innocence Addressed by this Court

_8/22/05_  _Michael Buck_
Date            Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _40.00/100_ on account to his/her credit at (name of institution) _FMC Devens_. I further certify that the applicant has the following securities to his/her credit: _0.38/100_. I further certify that during the past six months the applicant's average balance was $ _$50.00/100_.

_8/22/05_                    _[signature]_
Date                    Signature of Authorized Officer

See attached Iype Statement

## Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 11354-424 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | BLACK, MICHAEL | **Housing Unit:** | P-CC |
| **Report Date:** | 08/22/2005 | **Living Quarters:** | P03-261L |
| **Report Time:** | 2:31:53 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9583 |
| FRP Participation Status: | Completed |
| Arrived From: | BUH |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 9/23/2004 4:24:11 AM |
| Sort Codes: | |
| Last Account Update: | 8/20/2005 3:30:13 AM |
| Account Status: | Active |
| ITS Balance: | $0.38 |

### FRP Plan Information

**FRP Plan Type**    **Expected Amount**    **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $40.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $40.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $50.00 |
| National 6 Months Withdrawals: | $10.00 |
| National 6 Months Avg Daily Balance: | $23.26 |
| Local Max. Balance - Prev. 30 Days: | $45.00 |
| Average Balance - Prev. 30 Days: | $41.38 |

*[signature] 8/22/05*

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $24.80
Last Sales Date: 12/29/2004 11:15:50 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type  Start Date  End Date  Userid  Active

## Comments

Comments:

*[signature] 8/24/05*