FILED
[C]LERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 SEP 13 P 12: 06

U.S. DISTRICT COURT

MICHAEL BLACK,
    Petitioner

v.

DAVID L. WINN, WARDEN,
FMC, Devens

Case No. 4:05-CV-40150S
C.A.No: 05-40150-NG

Motion For Extention of Time

## MOTION FOR EXTENTION OF TIME

For the reasons stated below, Pro Se Petitioner Michael Black respectfully request an extention of time to respond to Memorandum and Order dated September 1, 2005, that the Petitioner received on September 9, 2005 for the following reasons stated below an extention of time should be allowed.

## F A C T S

On August 22, 2005 Petitioner was taken to U-Mass Hospital for an emergency surgery which has the Petitioner confined to his bed 24 hours a day and its ongoing, as well being now housed in a Special Housing Unit at FMC, Devens. Petitioner under went surgical repair of the Femeral Artery in which a 7.5 cm mass has formed, Petitioner as well required the removal of a bullet.

The Petitioner is now confined to a special housing unit as well still confinded to a bed 24 hours a day with over 24 stiches starting from his right leg and upwards, the Petitioner is also taking several

different medications dealing with many health care issues that Petitioner is facing.

Petitioner poor health condition present exceptional circumstances in which to allow him an extention of time to respond. The failure to allow an extention of time to the Petitioner will result in fundamental unfairness impinging on the Petitioner's Due Process rights, as well giving the respondent an unfair legal advantage in habeas corpus proceeding. Petitioner is noway able to respond to any response to his claim of actual innocent due to post surgical repair of the Femeral Artery and bullet removal.

Petitioner is unable to visit the law library or conduct any legal work while in bed, therefore, Petitioner respectfully requesting this Honorable court grant him an extention of time so he can file his respond on or befor November 9, 2005.

Dated: September 12, 2005

Respectfully submitted by

Michael Black, 11354-424
Pro-Se Petitioner
FMC, Devens
P.O.Box 879
Ayer, MA 01432