UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL BLACK | ) | C.A. NO. 05-40150-NG |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DAVID L. WINN, WARDEN | ) |  |
| FMC DEVENS. | ) |  |

MOTION TO CONTINUE DATE FOR § 2241 RESPONSE

The government asks the Court to continue the date for its response to the defendant's 28 U.S.C. § 2241 petition from September 29, 2005, to October 17, 2005, for the following reasons:

1. While the Court issued its Order allowing Michael Black's application to proceed *in forma pauperis* on September 1, 2005, and while the Order was received by the U.S. Attorney's Office on September 9, 2005, it was apparently misplaced and was only forwarded to the undersigned AUSA ("government counsel") on September 28, 2005.

2. On September 29, 2005, government counsel learned that Black filed an earlier 28 U.S.C. § 2255 petition in the Northern District of Illinois (No. 98 CR 434), which was denied on July 6, 2000. Government counsel also learned that Black then filed a § 2241 petition in this district (C.A. No. 04-40233-DPW), which was denied on November 29, 2004, and the denial of which the First Circuit affirmed on May 4, 2005 (No. 04-2712). Government counsel must review these petitions and the present one to determine if the issues Black is currently raising have already been litigated.

3. Government counsel has a brief in an unrelated First Circuit appeal, United

States v. Theodore (No. 05-2221), due on October 6, 2005, in addition to a variety of matters in the District Court that require attention in the next two weeks.  Government counsel will also miss time at work for the Jewish Holidays.

The government therefore asks the Court to continue the date for its response to the defendant's 28 U.S.C. § 2241 petition from September 29, 2005, to October 17, 2005.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:   /s/ Adam J. Bookbinder
      Adam J. Bookbinder
      Assistant U.S. Attorney

Date:  September 29, 2005

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Michael Black
        Reg. No. 1135-424
        F.M.C. Devens
        P.O. Box 879
        Ayer, MA 01432

September 29, 2005

                                            /s/ Adam Bookbinder
                                          Adam J. Bookbinder
                                          Assistant U.S. Attorney