UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL BLACK | ) | C.A. NO. 05-40150-NG |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DAVID L. WINN, WARDEN | ) |  |
| FMC DEVENS. | ) |  |

### SECOND MOTION TO CONTINUE DATE FOR § 2241 RESPONSE

The government asks the Court to continue the date for its response to Michael Black's 28 U.S.C. § 2241 petition from October 17, 2005, to October 21, 2005 for the following reasons:

1. At the government's request, the Court continued the initial date for the government's response from September 29, 2005 to October 17. The basis for this request was that the Court's Order requesting a government response was apparently misplaced and was only forwarded to the undersigned AUSA ("government counsel") on September 28.

2. Since September 28, government counsel has had a series of District Court matters that have required attention and has also been drafting the government's Court of Appeals brief in U.S. v. Theodore, C.A. No.05-2221. That brief is due October 17, but the office's review and approval process requires government counsel to complete a draft early this week.

3. In the present matter, government counsel must research whether Black's failure to raise his current claims in his prior §2255 petition in the Northern District of Illinois (No. 98 CR 434) or in his prior § 2241 petition in this district (No. 04-40233-DPW)

bars him from litigating them now.

The government therefore asks the Court to continue the date for its response to the defendant's 28 U.S.C. § 2241 petition from October 17, 2005, to October 21, 2005.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:   /s/ Adam J. Bookbinder
                                          Adam J. Bookbinder
                                          Assistant U.S. Attorney

Date:  October 17, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Michael Black
        Reg. No. 1135-424
        F.M.C. Devens
        P.O. Box 879
        Ayer, MA 01432

Date: October 17, 2005

                                          /s/ Adam Bookbinder
                                          Adam J. Bookbinder
                                          Assistant U.S. Attorney