FOR The District of MASSAchusetts

Michael Black
          Petitioner

V.                                    C.A. NO: 05-40150-NG

David L. WINN, WARden        Motion For Appointment
MC Devens      Respondent          of Counsel

PETitioNER's Motion FoR Appointment of Counsel

For Reason Set Forth below Pro Se Petitioner
Michael Black, Respectfully Request the Appoinment
of Counsel in the Above Caption Case.

          INTroduction

Petitioner Assert the Case At bar present
exceptionAl CircumstANces in which the Appointment
of Counsel is NecessARy in this Case For Several Reason 1).
the Petitioner has Already been grantedby this Court
in forma pAuperis Status, Petitioner FiNANcial disclosures
And prison information demonstrated indigent Status As well
Petitioner deep poverty which prevent him from obtaining
Counsel(2) Petitioner has Now demonstrated ReasonAble
but unsuccessful efforts to secure Counsel by Showing he
had contacted At least Six Attorneys to Request Representation
And has indicated NAmes of Attorney's Contacted And dates
of communication with those Attorney. See Exhibits 1 - 6

Petitioner Assert that exceptional CercumstAnces As well unigue
Circumstances Sufficient to warrant the Appointment of Counsel.
see Exhibit B 1-18 Petitioner States that he No only Suffers from

1

An injury to his Spinal Cord, that has him bond to A Wheelchair for life; with no movement From the chest down An limited Range of Motion in his left ARM, Petitioner Suffers from Neurological pains, which effects Petitioner daily.

However the physical impairments are only part of the difficulty which makes it impossible As well incapable for Petitioner to litigate his Actual innocent Claim Without the Aid of Counsel.

Petitioner underwent two different major Surgery in the last 90 days. As well only Resently being injuried in A Transport Vehicle while being transported to local hospital.

However An Very unfortunate For Petitioner while Seek post Conviction Relief At A total Petitioner has Suffer And underwent Five different Surgery, Fourteen bladder infections three Falls plus the Resent one on 9/22/05, one fracture pelvis As well transferred over Five different time from Prison to Prison.

Petitioner has Also Submitted for this court A list of F.M.C Devens medication list for the Petitioner which outline for this Court A list of Medication which makes it total incable for the petitioner to fantion Clearly As well Keep Petitioner inbed Render by its effects see Exhibits B-1-20

Petitioner Assert that while the government has lable certain evidences of petitioners Actual Innocence Claim As "Arguably exculpatory" ("Government Dis Miss Motion At p. 7"). Petitioner States with the Appoint of Counsel the likelyhood of Success Are extremely high in light of the evidence As well evidence inwhich the government it self has lable "Arguably exculpatory"

The Petitioner not only lack Court Room skills as well no skills at the examination of witnesses but is restricted by his physical ability as well the effects of medication and is in no way able to secure Counsel.

The Petitioner has not only submitted realible evidence of his actual innocence, but direct evidence from the government very own Records and it's witnesses, Surely the government can not over come the evidence from 3 United States appellant Court judges in which the judges determine by De Novel Review that the governments Chief witness Statement did "Not establish the idenity of the Caller,"

Surely the government can not over come this evidence Alone with the governing Rule of law which clearly states and support the fact that Petitioner can not be Convicted of Conspiracy when the government has failed to prove there was a meeting of the minds between Petitioner and at less one or more co-defendant,

In this Case at bar the Conspiracy Charge can not be proven when the governments witness Statements failed to establish the idenity or/was never establish, with the Appoint of Counsel and the Aid of Exhibits A—I in Petitioners 2241 Actual Innocent Claim Such Compelling evidence ensure Petitioner Right to be free from an unjust incarceration

## Conclusion

It is Sufficient to say that Petitioner lack of skills as well his in ability to obtain Counsel will ensure an unjust incarceration in light of the over whelming evidence that support his innocence and that only with the Aid of Appointment of Counsel will a meanifest injustice be prevented it therefore in the interest of

Justice And fundament Fairness to Appoint
Counsel For the Petitioner.
MAy The Court So ORder.

Respectfully Submitted
Michael Black

Date 11/16/2005

# Certificate of Service

This is to Certify that I have this day
served upon the person listed below
a copy of the foregoing document by
depositing in the U.S. Mail System a
copy of same in an envelope bearing
sufficient Postage for delivery

David C. Winn, Warden
P.O. Box 880
Ayer MA 01432

Clerk of the Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Date  11 / 6 / 2005

Michael Black
Reg No. 11354-424
P.O. Box 879
Ayer MA 01432

# Medill

August 27, 2004

**Medill School of Journalism**
**Northwestern University**

> Mr. Michael Black
> #11354-424
> P.O. Box 1600
> Butner, NC 27509

1845 Sheridan Road
Evanston, Illinois 60208-2101
847.467.1882
847.491.5661 (editorial faculty)
847.491.3956 (fax)
www.medill.northwestern.edu

Dear Mr. Black,

I hope this letter finds you in good health, both physically and spiritually.

I regret to inform you that Professor Protess is unable to take your case due to the fact that his main emphasis is on murder and death penalty cases. Also, we are rarely able to take cases that are outside of the Midwest, so I suggest that you focus your energy on organizations within your state.

We encourage you to write to the Center on Wrongful Convictions. Here is the address:

Center on Wrongful Convictions
Northwestern University School of Law
357 East Chicago Ave.
Chicago, IL 60611

If you haven't done so already, you should also contact all the law schools and prisoner advocacy organizations in North Carolina. Thank you for your understanding.

We wish you the best of luck in your quest for justice.

Sincerely,

Medill Innocence Project

Ex. 1



Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011
Tel 212.364.5340
Fax 212.364.5341

www.innocenceproject.org

November 02, 2004

Michael Black
11354-424
FMC Devens
42 Patton Road
P.O. Box 880
Ayer, MA  01432

Dear Mr. Black:

The Innocence Project provides *pro bono* legal assistance to inmates in cases where post-conviction DNA testing of evidence can provide conclusive proof of innocence. Based on the information you have provided, the Innocence Project cannot accept your case because it falls outside of this narrow mandate.

We do not accept cases for several reasons: there is no biological evidence that can be subjected to DNA testing, testing the evidence would not be helpful to the case or clearly exonerate, conclusive DNA testing has already been performed, or the case warrants an investigation that we do not have the resources to perform. Furthermore, we cannot provide legal research or advice. Please understand that this in no way an opinion of guilt or innocence.

Unfortunately, due to our limited resources and expertise, we cannot provide you with referrals. Thank you for your patience and good luck with your case.

Sincerely,

Barry C. Scheck

Peter J. Neufeld
Directors

BCS/PJN:mdv

Ex. 2

# The North Carolina Center
# on Actual Innocence

PO Box 52446, Shannon Plaza Station, Durham, NC 27717-2446

The Innocence Project
at Duke Law School

The Innocence Project
at UNC Law School

Dear   Mr. Black

Thank you for your letter.

The North Carolina Center on Actual Innocence provides investigative services to inmates who claim they did not commit the crimes for which they were convicted. The Center is a collaboration between the Innocence Projects at Duke and UNC law schools and is coordinating all requests to either organization.

Our resources are limited and we are able to assist very few inmates at any time. As a result, each case we accept must meet strict criteria.

We regret that we cannot be of assistance to you because your case does not meet one or more of these guidelines:

- The inmate must have been convicted of a felony crime committed in the State of North Carolina.
- The inmate must seek to establish his or her actual innocence of the crime(s). We do not handle legal claims or procedural challenges.
- The inmate must have at least 36 months remaining to be served. The substantial time involved in investigation and follow-up activity makes it impractical to undertake cases where the remaining prison time is less than that.

If you have issues that require the assistance of an attorney, or other concerns, you may wish to contact the North Carolina Prisoner Legal Services. They provide legal assistance to North Carolina inmates in both civil and post-conviction matters, and materials to North Carolina inmates who plan to proceed with litigation on their own. The address is:

> NC Prisoner Legal Services
> P.O. Box 25397
> Raleigh NC 27611

If you have questions about the statute of limitations for your case, you should contact North Carolina Prisoner Legal Services or your appellate attorney immediately.

Sincerely,
The North Carolina Center on Actual Innocence

Ex. 3

# SOUTHERN CENTER FOR HUMAN RIGHTS

83 Poplar Street, N.W., Atlanta, GA - 30303-2122
(404)688-1202 Fax:(404) 688-9440

## LEGAL CORRESPONDENCE-PRIVILEGED AND CONFIDENTIAL

Jun 21, 2004

Michael Black
P.O. Box 1600
Butner, North Carolina 27509

Dear Michael Black,

Thank you for your letter requesting our legal assistance.

Unfortunately, we will not be able to assist you in this matter. Because our resources are very limited, we are unable at this time to file any new cases outside of Georgia or Alabama.

Enclosed is a list of organizations in your state that may be able to assist you or provide you with further references. We have also enclosed a list of self-help legal manuals that you might find useful.

Again, we are sorry that we cannot provide you with legal assistance. We wish you the best of luck.

Please find enclosed the documents you sent to me. For future reference, please do not send us (or any organization you don't have a prior relationship with) your original documents.

Sincerely,

Renee Lewis
Program Assistant

$\mathcal{E} \times 4$



P.O. Box 28004 • Raleigh, North Carolina 27611-8004

(919) 834-3390 (voice & TDD) • Fax (919) 828-3265

December 12, 2003

Michael Black #11354-424
P.O. Box 1600
Butner, NC 27509

**LEGAL MAIL**

Dear Mr. Black,

We have carefully reviewed the information you sent. Unfortunately, the ACLU-NC is not able to assist you with this matter.

NC Prisoner Legal Services, Inc. has attorneys whose primary purpose is to represent prisoners with legal claims. You may contact NC Prisoner Legal Services at P.O. Box 25397, Raleigh, NC 27611, or by calling (919) 856-2200. You may also wish to contact the following organizations:

NAACP Legal Defense Fund
99 Hudson St., Suite 1600
New York, NY 10013

NC Prison and Jail Project
PO Box 309
Durham, NC 27702

UNC Innocence Project
School of Law
CB #3380
Chapel Hill, NC 27599

Duke Innocence Project
PO Box 52446
Shannon Plaza Station
Durham, NC 27717

Thank you for contacting the ACLU-NC. We are sorry that we cannot assist you with this matter. If we can be of assistance concerning any constitutional matter, please do not hesitate to contact us.

Very truly yours,

Seth H. Jaffe
Managing Attorney



$\mathcal{E} \times 5$

# The North Carolina Center
# on Actual Innocence

PO Box 52446, Shannon Plaza Station, Durham, NC 27717-2446

### The Innocence Projects at the Law Schools of
### Duke University, UNC-Chapel Hill, NC Central University & Campbell University

*[handwritten: Try: Medill Innocence Project 1845 Sheridan Rd. Evanston, IL 60208-2101]*

Dear Sir:

Thank you for your letter. The North Carolina Center on Actual Innocence investigates claims by inmates who claim they did not commit the crimes for which they were convicted. We regret that we cannot be of assistance to you. Our resources are limited and we are able to assist very few inmates at any time. As a result, each case we accept must meet certain strict criteria:

- You must have been convicted of a felony, committed in North Carolina. There is a national Innocence Project, which can be reached at: *Innocence Project, Inc., 100 Fifth Avenue, 3rd Floor, New York, NY 10011.*

- You must seek to establish your underlined actual innocence of the crime(s). We do not help inmates who are guilty of a lesser crime related to their case. We must be able to prove actual innocence, so some, but not all self-defense and rape cases where the claim is that the victim consented must be rejected. Often, we cannot help people with convictions as habitual felons.

- You must have at least 36 months remaining to be served. Investigations take substantial time; it is impractical to take cases where the remaining prison time is less. *Additionally*, your direct appeal must have been decided. If the court has not ruled in your case, feel free to contact us again once it has.

*[handwritten: sorry]* We do not handle legal claims or procedural challenges, and we do not assist with legal research. We will not aid in a lawsuit for damages. **Neither Duke University School of Law nor the University of North Carolina-Chapel Hill Law School maintains a Prisoner Rights Project anymore**. If you have issues that require the assistance of an attorney, you may wish to contact the *North Carolina Prisoner Legal Services*. They provide legal assistance to North Carolina inmates in both civil and post-conviction matters, as well as providing materials to North Carolina inmates who plan to proceed with litigation on their own. Their address is: *NC Prisoner Legal Services, P.O. Box 25397, Raleigh, NC 27611-5397.* You might also want to contact *ACLU of North Carolina, P.O. Box 28004, Raleigh, NC 27611-8004.*

If you have questions about the statute of limitations for your case, contact *North Carolina Prisoner Legal Services* or your appellate attorney immediately. Please note that our Center coordinates the Innocence Projects for the law schools at the four universities named above, so please do not re-submit materials regarding your conviction to any of those schools. We regret that we cannot be of assistance to you.

Sincerely,

**North Carolina Center on Actual Innocence**

NOTE: The North Carolina Center on Actual Innocence (including all its affiliated innocence projects and individuals) reviews cases for the sole purpose of investigating claims of actual innocence. The Center does not act as legal counsel to any person whose case is being investigated, until and unless the Center, through its legal counsel or her designees, specifically agrees in writing to take on such representation.

*[handwritten: EX. 6]*

PERSON PROFILE          PAGE 1

DATE PRINTED: 10/15/2005     PERSON: BLACK, MICHAEL   PERSON ID#: 11354-424
FMC DEVENS MAIN PHARMACY          P01-002L
42 PATTON RD          FMC DEVENS
AYER, MA

RX NUM   LAST FILL  DRUG NAME                    START DATE   EXP DATE
FACILITY QUANTITY  DOCTOR NAME                DC DATE   REFILL DUE
  SIG

328474 09/27/2005  ALBUTEROL 17 GM MDI          09/27/2005  10/26/2005
DEV      1.0000EA  SPADA, RALPH
  INHALE 1 PUFF EVERY FOUR HOURS

328476 10/11/2005  AMLODIPINE 10 MG TAB          09/27/2005  10/26/2005
DEV     15.0000EA  SPADA, RALPH
  TAKE 10MG EACH DAY

328477 10/11/2005  ASPIRIN, E.C. 81 MG TAB       09/27/2005  10/26/2005
DEV     15.0000EA  SPADA, RALPH
  TAKE 81MG EACH DAY

328600 10/11/2005  CALCIUM POLYCARBOPHIL 625MG TAB    09/27/2005  03/25/2006
DEV     30.0000EA  SPADA, RALPH
  TAKE 625MG TWICE DAILY

328478 10/11/2005  DOCUSATE SODIUM 100 MG CAP    09/27/2005  10/26/2005
DEV     30.0000EA  SPADA, RALPH
  TAKE 100MG TWICE DAILY

328479 10/11/2005  FERROUS GLUC (5GR) 324 MG TAB    09/27/2005  10/26/2005
DEV     15.0000EA  SPADA, RALPH
  TAKE 324MG DAILY

328480 10/11/2005  LISINOPRIL 20 MG TAB          09/27/2005  10/26/2005
DEV     15.0000EA  SPADA, RALPH
  TAKE 20MG EACH DAY

330043 10/11/2005  METRONIDAZOLE 500 MG TAB       10/11/2005  10/24/2005
DEV     56.0000EA  SPADA, RALPH
  TAKE 500MG BY MOUTH FOUR TIMES DAILY FOR 14 DAYS

3819 10/06/2005  MORPHINE SULFATE SR 15MG TAB       10/05/2005  11/03/2005
DEV     15.0000EA  SPADA, RALPH
  TAKE 15MG SR BY MOUTH AT BEDTIME FOR CHRONIC UNRELENTING PAIN

328599 09/27/2005  NUTRI SUPPL PROMOD (PROTEIN) GM   09/27/2005  03/25/2006
DEV     30.0000EA  HEALY, HEATHER
  TAKE 4 SCOOPS AT NOON AND EACH EVENING

*printout not available*

3818 10/06/2005  OXYCODONE/ACETAMINOPHEN 5MG/325MG   10/05/2005  11/03/2005
DEV     90.0000EA  SPADA, RALPH
  TAKE ONE OR TWO TABLETS THREE TIMES DAILY AS NEEDED FOR BREAKTHROUGH PAIN F

328481 10/11/2005  POTASSIUM CL ER 10 MEQ TAB    09/27/2005  10/26/2005
DEV     15.0000EA  SPADA, RALPH
  TAKE 10MEQ EACH DAY

Ex. B. 1

DATE PRINTED: 10/15/2005     PERSON: BLACK, MICHAEL    PERSON ID#: 11354-424
FMC DEVENS MAIN PHARMACY        P01-002L
42 PATTON RD             FMC DEVENS
AYER, MA

RX NUM   LAST FILL  DRUG NAME           START DATE    EXP DATE
    FACILITY QUANTITY  DOCTOR NAME           DC DATE    REFILL DUE
    SIG

330496  10/14/2005  PROMETHAZINE 25MG/ML,1ML INJ     10/14/2005  10/27/2005
DEV     14.0000ML  SPADA, RALPH
    INJECT 25MG INTRA-MUSCULAR EACH DAY AS NEEDED FOR NAUSEA FOR 14 DAYS

328472  10/11/2005  RANITIDINE 150 MG TAB       09/27/2005  10/26/2005
DEV     30.0000EA  SPADA, RALPH
    TAKE 150MG EVERY TWELVE HOURS

330045  10/11/2005  RIFAMPIN 300 MG CAP        10/11/2005  10/24/2005
DEV     28.0000EA  SPADA, RALPH
    TAKE ONE TABLET TWICE DAILY FOR 14 DAYS

330044  10/11/2005  SULFAMETHOXAZOLE/TRIMETH 800MG/160  10/11/2005  10/24/2005
DEV     28.0000EA  SPADA, RALPH
    TAKE ONE TABLET TWICE DAILY FOR 14 DAYS

Ex B. 2

Patient Drug Education Report

DRUG: MORPHINE SULFATE SR 15MG TAB   Rx:     NEW SCRIPT   Physician: DOCTOR NOT FOUND,

GENERIC NAME: MORPHINE (MOR-feen)

COMMON USES: This medicine is a narcotic analgesic used to treat or prevent moderate to severe pain. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. SWALLOW WHOLE. Do not break, crush, or chew before swallowing. STORE THIS MEDICINE at room temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to morphine or hydromorphone (such as MS Contin, Roxanol, Dilaudid). A severe allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine contains morphine or hydromorphone, contact your doctor or pharmacist. DO NOT TAKE MORE OF THIS MEDICINE or take it more often than recommended by your doctor. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. BEFORE YOU HAVE ANY MEDICAL OR DENTAL SURGERY OR EMERGENCY TREATMENT, tell the doctor or dentist that you are taking this medicine. AVOID ALCOHOL while you are using this medicine. This medicine will add to the effects of alcohol and other depressants. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. Caution should be used in the elderly since they may be more sensitive to the effects of this drug. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, lightheadedness, nausea, vomiting, headache, or constipation. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience excessive drowsiness, rash, itching, sweating, seizures, shortness of breath, or difficulty breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include cold and clammy skin, low body temperature, slowed breathing, slowed heartbeat, drowsiness, dizziness, lightheadedness, deep sleep, and loss of consciousness.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

$Ex.B3$

Patient Drug Education Report

DRUG: OXYCODONE/ACETAMINOPHEN 5MG/325MG TAB  Rx:  NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME:  OXYCODONE (ox-i-KOE-done) and ACETAMINOPHEN (a-seat-a-MIN-oh-fen)

COMMON USES:  This medicine is a combination of a narcotic and acetaminophen used to relieve moderate to
severe pain. Narcotic pain-relievers work by binding to opioid receptors in the brain and spinal cord, and
acetaminophen decreases the formation of prostaglandins, therefore reducing pain. This medicine may also be
used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR
DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS
MEDICINE if you are also taking naltrexone. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if
you are taking other medicines for pain, cimetidine, isoniazid, MAO inhibitors (e.g., furazolidone,
linezolid, moclobemide, phenelzine, procarbazine, selegiline, isocarboxazid, tranylcypromine), anti-seizure
medicines (carbamazepine, phenobarbital, phenytoin), anticholinergic medicines or antihistamines (e.g.,
hydroxyzine, oxybutynin, scopolamine). ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you
are taking other medicines which cause drowsiness including medicine for sleep (e.g., sedatives),
tranquilizers, anti-anxiety medicines (e.g., diazepam), psychiatric medicines (e.g., phenothiazines such as
chlorpromazine, or tricyclics such as amitriptyline), muscle relaxants, or antihistamines that cause
drowsiness (e.g., diphenhydramine). DO NOT START OR STOP any medicine without doctor or pharmacist approval.
Inform your doctor of any other medical conditions including liver or kidney disease, difficulty urinating,
alcohol use, drug dependency, heart problems (e.g., slow/irregular heartbeat, very low blood pressure),
abdominal/stomach problems (e.g., gallbladder problems), lung disease (e.g., asthma, chronic obstructive
pulmonary disease), seizure disorders, serious head injury or brain disease, spinal problems, low thyroid
disease, adrenal gland problems, psychiatric problems, any allergies, pregnancy, or breast-feeding. USE OF
THIS MEDICINE IS NOT RECOMMENDED if you have a history of severe breathing problems, or severe diarrhea.
Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. Take this
medicine by mouth. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach, although doing so may
decrease its effectiveness. Consult your doctor or pharmacist about alternatives for decreasing nausea (such
as antihistamines, or lying down for 1-2 hours with minimal head movement). STORE THIS MEDICINE at room
temperature in a tightly-closed container, away from heat, and light. IF YOU MISS A DOSE OF THIS MEDICINE
and you are taking it regularly, take it as soon as possible. If it is almost time for your next dose, skip
the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to codeine, hydrocodone,
dihydrocodeine, or oxycodone (such as Tylox, Tylenol with Codeine, Vicodin). A severe allergic reaction
includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether
you are allergic to this medicine or if a certain medicine contains codeine, hydrocodone, dihydrocodeine, or
oxycodone, contact your doctor or pharmacist. Monitor your pain as directed by your doctor. If pain is left
untreated and becomes intense, this medicine may not work as well to relieve it. DO NOT EXCEED THE
RECOMMENDED DOSE, take this medicine more often, or for longer than prescribed without checking with your
doctor. Exceeding the recommended dose or taking this medicine for longer than prescribed may be
habit-forming. If using this medicine for an extended period of time, DO NOT SUDDENLY STOP taking this
medicine without your doctor's approval. When using for an extended period, this medicine may not work as
well and may require different dosing. Talk with your doctor if this medicine stops working well. THIS
MEDICINE MAY CAUSE drowsiness or dizziness. Using this medicine alone, with other medicines, or with alcohol
may lessen your ability to drive or to perform other potentially dangerous tasks. AVOID ALCOHOLIC BEVERAGES
while taking this medicine. To minimize dizziness or lightheadedness, get up slowly when rising from a
seated or lying position. To prevent constipation, maintain a diet adequate in fiber, drink plenty of water,
and exercise. If you become constipated while using this medicine talk with your doctor or pharmacist. This
medicine contains acetaminophen. Adults should not take more than a total of 4 grams of acetaminophen per
day (3 grams per day if you have liver disease). Consult your doctor or pharmacist for more information.
Acetaminophen may cause liver damage. If you drink alcohol on a daily basis, do not take this medicine

EXB4

without first discussing it with your doctor. Alcohol use combined with acetaminophen may increase your risk for liver damage (symptoms include yellowing eyes or skin, stomach pain, dark urine). BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist This includes other pain relievers, cough-and-cold medicines, or allergy medicines. These medicines may contain additional acetaminophen. Taking too much acetaminophen can be harmful. Ask your pharmacist about the safe use of these products. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine, especially the possible decreased breathing and drowsiness effects. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, constipation, lightheadedness, dizziness, drowsiness, flushing, vision changes, or mental/mood changes. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience slow/irregular breathing, slow/irregular heartbeat, or a change in the amount of urine. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include extreme drowsiness, weakness, fatigue, or loss of consciousness; slow, shallow or abnormal breathing; persistent nausea/vomiting, stomach pain; slow heartbeat; cold/clammy skin, unusual sweating; and yellowing of the eyes or skin.

ADDITIONAL INFORMATION: If your symptoms do not improve or if they become worse, check with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

Ex B5

Patient Drug Education Report

DRUG: POTASSIUM CL ER 10 MEQ TAB  Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME:  POTASSIUM (poe-TASS-ee-um)

COMMON USES:  This medicine is a potassium supplement used to treat or prevent low potassium levels in the
 blood.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR
 DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL
 MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking digoxin, potassium-sparing diuretics,
 or medicine for heart conditions or high blood pressure (ACE inhibitors). Inform your doctor of any other
 medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have
 any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. SOME BRANDS
 OF POTASSIUM must be swallowed whole. OTHER BRANDS may be broken, crushed, or dissolved in water. IF YOU
 HAVE DIFFICULTY SWALLOWING THE TABLET WHOLE, ask your pharmacist to suggest other ways to take your brand of
 potassium. TAKE THIS MEDICINE WITH A FULL GLASS (8 oz./240 ml) OF WATER. TAKE THIS MEDICINE with food or
 right after a meal. DO NOT LIE DOWN for 30 minutes after taking this medicine. STORE THIS MEDICINE at room
 temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it if you remember within 2
 hours. If it is more than 2 hours since your missed dose, skip it and go back to your regular dosing
 schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT USE A SALT SUBSTITUTE without checking with your doctor. For some products, you may notice
 tablets in your stool. This is the empty shell that is left after your body has absorbed the medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, stomach
 discomfort, or diarrhea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR
 AS SOON AS POSSIBLE if you experience black, tarry stools; vomit that looks like coffee grounds; stomach
 pain; irregular heartbeat; weak or heavy legs; or numbness or tingling in your hands or feet. If you notice
 other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately.
 Symptoms of overdose may include irregular heartbeat, blood in stools, and muscle weakness.

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE
 THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS
 MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
   All rights reserved.

Ex. B 6

Patient Drug Education Report

DRUG: PROMETHAZINE 25MG/ML,1ML INJ   Rx:    NEW SCRIPT   Physician: DOCTOR NOT FOUND,

GENERIC NAME: PROMETHAZINE (proe-METH-a-zeen)

COMMON USES: This medicine is a phenothiazine used to treat or prevent nausea, vomiting, or motion sickness.
It may also be used to treat allergies and other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: WARNING: THIS MEDICINE MAY CAUSE SEVERE AND SOMETIMES FATAL BREATHING PROBLEMS in
children less than 2 years of age. DO NOT USE THIS MEDICINE in children under 2 years old. USE CAUTION WHEN
GIVING THIS MEDICINE TO CHILDREN over 2 years old. Do not give this medicine with any other medicines that
can cause breathing problems. Some medicines or medical conditions may interact with this medicine. INFORM
YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE
THIS MEDICINE if you are also taking bromocriptine, pergolide, astemizole, terfenadine, or cisapride.
ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking haloperidol, levodopa,
lithium, meperidine, methyldopa, tramadol, barbiturates (such as phenobarbital), MAOI medicines (such as
furazolidone, isocarboxazid, linezolid, moclobemide, phenelzine, procarbazine, selegiline, or
tranylcypromine), tricyclic antidepressants (such as amitriptyline or nortriptyline), narcotic pain
medicines, or certain medicines for high blood pressure (ACE inhibitors such as lisinopril or captopril).
You may need to be monitored if you are taking certain other medicines that cause drowsiness. Contact your
doctor or pharmacist if you are unsure if you are taking any of these medicines. Inform your doctor of any
other medical conditions, including seizures, lung problems (such as COPD), trouble breathing while asleep
(apnea), certain types of glaucoma (narrow-angle), prostate problems, certain urinary problems (bladder neck
obstruction), heart problems, blood pressure problems, blood problems (including porphyria), liver problems,
certain types of stomach problems (pyloroduodenal obstruction), certain types of stomach ulcers (stenosing
peptic ulcer), bone marrow problems, allergies, pregnancy, or breast-feeding. THIS MEDICINE SHOULD NOT BE
USED to treat asthma or certain other breathing problems, or in children who have symptoms of Reye's
Syndrome. If you are unsure of the symptoms of Reye's Syndrome, ask your doctor or pharmacist. DO NOT USE
THIS MEDICINE in patients who are unconscious or are in a coma. Use of this medicine in children under age 2
is not recommended. Discuss with your doctor the risks and benefits of giving this medicine to your child.
Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This
medicine is sometimes used at home as an injection. If you are using this medicine at home, a healthcare
professional will provide detailed instructions for its appropriate use. Ask any questions that you may have
about this medicine or giving injections. STORE THIS MEDICINE at room temperature, away from heat and light.
IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, use it as soon as possible. If it is
almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not use
2 doses at once.

CAUTIONS: DO NOT USE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any
ingredient in this product. IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to a sulfite medicine, contact your
doctor or pharmacist BEFORE TAKING THIS MEDICINE. A severe reaction includes a severe rash, hives, breathing
difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a
certain medicine is a sulfite medicine, contact your doctor or pharmacist. IF YOU EXPERIENCE difficulty
breathing; tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell
your doctor immediately. Do not take any more of this medicine unless your doctor tells you to do so. DO NOT
EXCEED THE RECOMMENDED DOSE or take this medicine for longer than prescribed without checking with your
doctor. Laboratory and/or medical tests may be performed to monitor your progress or to check for side
effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. This medicine may
affect some laboratory tests. Make sure your doctors, nurses, and laboratory technicians know you are using
this medicine. Because this medicine may interact with certain diagnostic and anesthetic medicines, BEFORE
YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you
are using this medicine. THIS MEDICINE MAY CAUSE drowsiness or dizziness. Do not drive, operate machinery,
or do anything else that could be dangerous until you know how you react to this medicine. THIS MEDICINE
WILL ADD TO THE EFFECTS of alcohol and other depressants. Do not drink alcohol without first discussing it

$Ex B. 7$

with your doctor. Ask your pharmacist if you have questions about which medicines are depressants. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure to the sun or sunlamps until you know how you react to this medicine. Use a sunscreen or protective clothing if you must be outside for a prolonged period. DO NOT BECOME OVERHEATED in hot weather or during exercise or other activities since heatstroke may occur. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN CHILDREN because they may be more sensitive to the effects of this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby. IF YOU HAVE DIABETES, this medicine may affect your blood sugar. Check blood sugar levels closely and ask your doctor before adjusting the dose of your diabetes medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include drowsiness, dizziness, dry mouth, blurred vision, nausea, or vomiting. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience yellowing of the eyes/skin; unusual or involuntary muscle twitching or movements; unusual tendency to burn in the sun; or pain, swelling, burning, or redness at the injection site. CONTACT YOUR DOCTOR IMMEDIATELY if you experience fever; mental or mood changes; fast, slow, or irregular heartbeat; confusion; hallucinations; seizure; swelling of hands, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; or hoarseness. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include shortness of breath, trouble breathing, dry mouth, unusual or severe drowsiness or restlessness, severe dizziness, flushing, nightmares, dilated pupils, loss of consciousness, and seizures.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS PRODUCT, as well as syringes and needles, out of the reach of children. Do not reuse needles, syringes, or other materials. Dispose of properly after use. Ask your doctor, nurse, or pharmacist to explain local regulations for selecting an appropriate container and properly disposing of the container when it is full.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

Ex B-8

Patient Drug Education Report

DRUG: RANITIDINE 150 MG UD  Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME: RANITIDINE (ra-NIT-ti-deen)

COMMON USES: This medicine is a histamine blocker used to treat and prevent ulcers. It is also used to treat
gastroesophageal reflux disease (GERD). This medicine may also be used to treat other conditions as
determined by your doctor.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR
DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL
MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking certain cephalosporins (such as
cefditoren or cefpodixime), itraconazole, or ketoconazole. DO NOT START OR STOP any medicine without doctor
or pharmacist approval. Inform your doctor of any other medical conditions, allergies, pregnancy, or
breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this
medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. ANTACIDS MAY
BE USED with this medicine unless directed otherwise by your doctor. STORE THIS MEDICINE at room
temperature, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If
it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do
not take 2 doses at once.

CAUTIONS: IF YOUR SYMPTOMS DO NOT IMPROVE or if they become worse, check with your doctor. DO NOT DRIVE,
OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this
medicine. Using this medicine alone, with other medicines, or with alcohol, may lessen your ability to drive
or to perform other potentially dangerous tasks. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either
prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: THIS MEDICINE IS EXCRETED
IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your
doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: A SIDE EFFECT that may go away during treatment, is headache. If it continues, or is
bothersome, check with your doctor. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate
medical attnetion if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness,
or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or
pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.
Symptoms of overdose may include difficulty breathing, fast heartbeat, tremors, vomiting, and restlessness.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE
THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS
MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

$Ex. B. 9$

Patient Drug Education Report

DRUG: METRONIDAZOLE 500 MG TAB   Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME:  METRONIDAZOLE (me-troe-NI-da-zole)

COMMON USES:  This medicine is an anti-infective used to treat infections.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR
  DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL
  MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking barbiturates, disulfiram, or warfarin.
  Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your
  doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. TAKE THIS
  MEDICINE with food. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat
  and light. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of
  treatment even if you feel better in a few days. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE,
  take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to
  your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. DO NOT DRINK
  ALCOHOL while you are taking this medicine and for at least 3 days after the last dose. This medicine may
  cause a harmless darkening of the urine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or
  over-the-counter, check with your doctor or pharmacist. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE
  OR WILL BE BREAST-FEEDING while you are taking this medicine, check with your doctor or pharmacist first to
  discuss the risks to your baby.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS that may occur while taking this medicine include stomach upset, loss of
  appetite, constipation, headache, or metallic taste. If they continue or are bothersome, check with your
  doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience rash; vomiting; sore throat or fever;
  numbness, tingling, or burning of your arms, hands, legs, or feet; or seizures. If you notice any other
  effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately.
  Symptoms of overdose may include nausea, vomiting, and seizures.

ADDITIONAL INFORMATION:  If your symptoms do not improve within a few days or if they become worse, check with
  your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE
  for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

$\mathcal{E}x$-$B$, 10

Patient Drug Education Report

DRUG: RIFAMPIN 300 MG CAP   Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME: RIFAMPIN (rif-AM-pin)

COMMON USES: This medicine is a rifamycin antibiotic used to treat tuberculosis (TB), as well as to treat those who have been exposed to meningitis-causing bacteria before they become sick. This drug does not treat acute meningitis. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking HIV protease inhibitors, pyrazinamide, or birth control pills. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anticoagulants, cyclosporine, digitoxin, isoniazid, itraconazole, macrolide antibiotics, mexiletine, nevirapine, quinidine, progestins, theophylline, tocainide, verapamil, or medicine for anxiety, sleep, or seizures. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. Take this medicine on an empty stomach at least 1 hour before or 2 hours after eating. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. TO CLEAR UP YOUR INFECTION COMPLETELY, continue taking this medicine for the full course of treatment. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: IT MAY TAKE SEVERAL WEEKS for this medicine to work. Do not stop using this medicine without checking with your doctor. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY CAUSE urine, feces, saliva, sweat, and tears to turn orange or red. THIS MEDICINE MAY PERMANENTLY STAIN soft contact lenses. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. USING THIS MEDICINE while you are taking birth control pills may decrease the effectiveness of your birth control pills. To prevent pregnancy, use an additional form of birth control. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include stomach upset, heartburn, loss of appetite, nausea, gas, abdominal cramping, headache, drowsiness, dizziness, menstrual changes, joint pain, or leg cramps. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience vomiting, diarrhea, fever, chills, changes in vision, or confusion. CONTACT YOUR DOCTOR IMMEDIATELY if you experience severe stomach pain, dark urine, or yellowing of eyes or skin. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include swelling of face or around eyes, itching over the entire body, orange or red discoloration of skin or eyes, nausea, vomiting, drowsiness, and loss of consciousness.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

$Ex. B. 11$

Patient Drug Education Report

DRUG: SULFAMETH/TRIMETH DS 800MG/160MG UD  Rx:   NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME:  SULFAMETHOXAZOLE (sul-fa-meth-OX-a-zole) and TRIMETHOPRIM (trye-METH-oh-prim)

COMMON USES:  This medicine is an antibiotic combination used to treat or prevent infections.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR
DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS
MEDICINE if you are also taking astemizole, cisapride, or terfenadine. ADDITIONAL MONITORING OF YOUR DOSE OR
CONDITION may be needed if you are taking cyclosporine, dapsone, macrolide antibiotics, methotrexate,
warfarin, or medicine for diabetes or seizures. Inform your doctor of any other medical conditions,
allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or
concerns about taking this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. TAKE THIS
MEDICINE with a glass (8 ounces) of water. Drink several additional glasses of water daily unless otherwise
directed by your doctor. STORE THIS MEDICINE at room temperature, away from heat and light. TO CLEAR UP YOUR
INFECTION COMPLETELY, continue taking this medicine for the full course of treatment even if you feel better
in a few days. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If
it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do
not take 2 doses at once.

CAUTIONS:  IF YOU HAVE HAD A SEVERE ALLERGIC REACTION to this medicine or any other sulfonamide medicine (such
as Septra DS, Bactrim DS, Gantrisin, glyburide, or probenecid), contact your doctor or pharmacist before
taking this medicine. A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness.
If you have a question about whether you are allergic to this medicine or if a certain medicine is a
sulfonamide, contact your doctor or pharmacist. If your symptoms do not improve within a few days or if they
become worse, check with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or
over-the-counter, check with your doctor or pharmacist. IF YOU WILL BE TAKING THIS MEDICINE for a long time,
keep all appointments with your doctor. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid
exposure to the sun or sunlamps until you know how you react to this medicine. Use a sunscreen or protective
clothing if you must be outside for a prolonged period. IF YOU EXPERIENCE difficulty breathing or tightness
of chest; swelling of eyelids, face, or lips; or develop a rash or hives, tell your doctor immediately. Do
not take any more of this medicine unless your doctor tells you to do so. FOR WOMEN: IF YOU PLAN ON BECOMING
PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS
MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine,
check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment include stomach upset, nausea,
vomiting, or loss of appetite. If they continue or are bothersome, check with your doctor. Rarely, this
medicine can cause serious, even fatal, side effects such as a severe peeling skin rash known as
Stevens-Johnson syndrome, blood disorders (e.g., agranulocytosis, aplastic anemia), or liver damage. CONTACT
YOUR DOCTOR IMMEDIATELY if you experience skin rash or blisters, unusual fatigue, persistent sore throat or
fever, yellowing eyes or skin, dark urine, or abdominal pain. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if
you experience hives, swelling of the tongue, joint pain, cough, shortness of breath, vaginal irritation or
discharge, paleness, unusual bruising or bleeding. If you notice other effects not listed above, contact
your doctor, nurse, or pharmacist.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately.
Symptoms of overdose may include nausea or vomiting, stomach pain, dizziness, drowsiness, confusion,
depression, blood in urine, and loss of consciousness.

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE
THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS
MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

EX B. 12

Patient Drug Education Report

DRUG: DOCUSATE SODIUM 100 MG CAP  Rx:   NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME: DOCUSATE (DOK-yoo-sate)

COMMON USES: This medicine is a stool softener used to treat constipation due to hard stools.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR
DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your
doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT
RECOMMENDED if you have appendicitis or a history of bowel obstruction. Contact your doctor or pharmacist if
you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE: Use this medicine exactly as directed on the package, unless instructed differently
by your doctor. DRINK SEVERAL GLASSES of water or other liquid each day while you are taking this medicine.
STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS
A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time
for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at
once.

CAUTIONS: IF YOUR SYMPTOMS DO NOT IMPROVE WITHIN 1 WEEK, or if they become worse, check with your doctor. Do
not use this medicine for more than 1 week unless prescribed by your doctor. USING THIS MEDICINE for a long
time may result in loss of normal bowel function. DO NOT TAKE this medicine with other laxatives or stool
softeners, unless directed by your doctor. DO NOT USE this medicine if you experience abdominal pain,
nausea, vomiting, or rectal bleeding, except under the direction of your doctor. IF YOU NOTICE A SUDDEN
CHANGE IN BOWEL HABITS which lasts for 2 weeks or more, check with your doctor. Do not continue using this
medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of
using this medicine during pregnancy.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include bitter taste, throat
irritation or nausea. If they continue or are bothersome, check with your doctor. If you notice other
effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE
THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

Ex B.13

Patient Drug Education Report

DRUG: FERROUS GLUC (5GR) 324 MG TAB  Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME:  FERROUS GLUCONATE (FER-us GLOO-koe-nate)

COMMON USES:  This medicine is a mineral used to prevent and treat iron deficiency. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking tetracycline or quinolone antibiotics, chloramphenicols, levodopa, methyldopa, mycophenolate, penicillamine, or thyroid hormones. Inform your doctor of any other medical conditions including alcohol abuse, stomach ulcers, colitis or other problems with your intestine, kidney infection or other kidney problems, liver problems, certain blood problems (such as porphyria, hemolytic anemia, or thalassemia), multiple blood transfusions, allergies, pregnancy, or breast-feeding. DO NOT USE THIS MEDICINE if you already have excess levels of iron in your blood. Contact your doctor or pharmacist if you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE:  Use this medicine exactly as directed on the package, unless instructed differently by your doctor. THIS MEDICINE IS ABSORBED BETTER ON AN EMPTY STOMACH BUT MAY BE TAKEN WITH FOOD if it upsets your stomach. DO NOT TAKE IT WITHIN 1 hour before or 2 hours after antacids, eggs, whole grain breads, cereal, milk, milk products, coffee, or tea. TAKE THIS MEDICINE WITH A FULL GLASS (8 oz./240 ml) OF WATER. DO NOT LIE DOWN for 30 minutes after taking this medicine. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. Do not take large doses of vitamins (megadoses or megavitamin therapy) unless otherwise directed by your doctor. DO NOT TAKE THIS MEDICINE for longer than 6 months without checking with your doctor. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes antacid products and calcium supplements. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. Laboratory and/or medical tests (such as blood tests) may be done while you are taking this medicine to monitor your progress or to check for side effects. THIS MEDICINE MAY CAUSE FALSE TEST RESULTS with kits used to check for blood in the stool or blood cholesterol. Check with your doctor if you are using either kind of test kit. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may occur while taking this medicine include nausea, constipation, diarrhea, green stools, stomach discomfort, or leg cramps. If they continue or are bothersome, check with your doctor. WHILE YOU ARE TAKING THIS MEDICINE, you may notice darkening of bowel movements. This is normal. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience fever, vomiting with continuing sharp stomach pain; black, tarry stools; or blood or streaks of blood in the stool. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE:  Accidental overdose of iron-containing products is a leading cause of fatal poisoning in children under 6. If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include tiredness; nausea; vomiting; stomach pain; tarry stools; weak, fast heartbeat; seizures; and loss of consciousness.

ADDITIONAL INFORMATION:  Follow the dietary plan provided by your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills

EX. B 14

Patient Drug Education Report

DRUG: LISINOPRIL 20 MG TAB   Rx:    NEW SCRIPT   Physician: DOCTOR NOT FOUND,

GENERIC NAME:  LISINOPRIL (lyse-IN-oh-pril)

COMMON USES:  This medicine is an angiotensin converting enzyme (ACE) inhibitor used to treat high blood
pressure. It may also be used with other medicine to treat congestive heart disease or to improve survival
in some patients after a heart attack. This medicine may be used to treat other conditions as determined by
your doctor.

BEFORE USING THIS MEDICINE:  WARNING: This drug can cause serious fetal harm if used during the last six
months of pregnancy. If pregnancy occurs, stop using this drug and immediately contact your physician. Some
medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all
prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR
CONDITION may be needed if you are taking non-steroidal anti-inflammatory medicine (such as ibuprofen,
naproxen, or celecoxib), salicylates (such as aspirin), phenothiazines (such as thioridazine or
chlorpromazine), "water pills" (such as hydrochlorothiazide, furosemide, spironolactone, or triamterene),
certain medicines for diabetes (such as glyburide, glipizide or tolbutamide), pergolide, clozapine,
indomethacin, lithium, potassium, azathioprine, or trimethoprim. Inform your doctor of any other medical
conditions including a recent heart attack or other heart problems; blood vessel problems (such as aortic
stenosis or stroke); kidney problems; hemodialysis; liver problems; electrolyte problems; a salt-restricted
diet; lupus or scleroderma; diabetes; blood or bone marrow problems; allergies; pregnancy; or
breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of unusual swelling of your
face, neck, throat, tongue, lips, or trunk (angioedema). Use of this medicine in children who have severe
kidney problems or are under age 6 is not recommended. Discuss with your doctor the risks and benefits of
giving this medicine to your child. Contact your doctor or pharmacist if you have any questions or concerns
about taking this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. This
medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature in a
tightly-closed container away from heat, moisture, and light. Do not freeze. Take this medicine regularly to
receive the most benefit from it. Taking this medicine at the same times each day will help you to remember.
CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS
MEDICINE and you are taking 1 dose daily, take the missed dose if you remember the same day. Skip the missed
dose if you do not remember until the next day. DO NOT take 2 doses at once.

CAUTIONS:  DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it, to other ACE inhibitors, or
if you are allergic to any ingredient in this product. DO NOT EXCEED THE RECOMMENDED DOSE without checking
with your doctor. IT MAY TAKE 2 TO 4 WEEKS for this medicine to work. Do not stop using this medicine
without checking with your doctor. Laboratory and/or medical tests including liver function, kidney
function, blood pressure, blood counts, and blood electrolytes may be performed to monitor your progress or
to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine.
BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist
that you are using this medicine. THIS MEDICINE MAY CAUSE dizziness, lightheadedness, or fainting,
especially when you begin taking this medicine. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT
COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other
medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks.
If dizziness occurs, sit up or stand slowly. DRINK PLENTY OF FLUIDS during exercise or other activities
where excessive sweating may occur. THIS MEDICINE MAY CAUSE increased sensitivity to the sun. Avoid exposure
to the sun, sunlamps, or tanning booths until you know how you react to this medicine. Use a sunscreen or
protective clothing if you must be outside for a prolonged period. IF YOU EXPERIENCE difficulty breathing;
tightness of chest; swelling of eyelids, face, or lips; or if you develop a rash or hives, tell your doctor
immediately. Do not take any more of this medicine unless your doctor tells you to do so. THIS MEDICINE MAY
LOWER YOUR RESISTANCE TO INFECTION. Prevent infection by avoiding contact with people with colds or other
infections. Do not touch your eyes or the inside of your nose unless you have thoroughly washed your hands
first. DO NOT USE A SALT SUBSTITUTE or other potassium supplement without checking with your doctor. BEFORE

$Ex\ B.\ 15$

YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or
pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to
the effects of the medicine. FOR WOMEN: USE OF THIS MEDICINE DURING PREGNANCY has resulted in fetal and
newborn death. If you think you may be pregnant, contact your doctor immediately. IT IS UNKNOWN IF THIS
MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may occur while taking this medicine include headache, drowsiness,
dizziness or lightheadedness, tiredness, weakness, and cough. If they continue or are bothersome, check with
your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience severe lightheadedness or
fainting; fast or irregular heartbeat; prolonged nausea, vomiting, or diarrhea; a change in the amount of
your urine; unusual joint pain; or unusual muscle pain, cramps, or weakness. CONTACT YOUR DOCTOR IMMEDIATELY
if you experience swelling of hands, legs, face, lips, eyes, throat, tongue, or trunk; difficulty swallowing
or breathing; hoarseness; chest pain; unusual stomach pain; yellowing of the skin or eyes; darkening of your
urine; sore throat; or fever. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical
attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness,
or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or
pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE
THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF YOU WILL BE
TAKING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply
runs out.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

$\mathcal{E}\chi$ ß, 16

Patient Drug Education Report

DRUG: ALBUTEROL 17 GM MDI  Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME:  ALBUTEROL (al-BYOO-ter-ole)

COMMON USES:  This medicine is a bronchodilator used to treat or prevent the symptoms of asthma, emphysema, and other breathing conditions. This medicine is also used to prevent the symptoms of exercise-induced asthma. It may also be used to treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE:  INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY COME with an instruction leaflet. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. BEFORE USING THIS MEDICINE, be sure that the canister is properly inserted into the inhaler unit and SHAKE WELL. Exhale slowly and deeply. UNLESS YOUR DOCTOR HAS TOLD YOU OTHERWISE, position the mouthpiece between your lips and try to rest your tongue flat. Your doctor may have told you to hold the inhaler 1 or 2 inches (2 or 3 centimeters) away from your open mouth or may have instructed you to use a special spacing device. AS YOU START TO TAKE A SLOW, DEEP BREATH, PRESS THE CANISTER AND MOUTHPIECE TOGETHER at exactly the same time to administer a dose of this medicine. Continue inhaling slowly and deeply and hold your breath for as long as comfortable, then exhale slowly through pursed lips or through your nose. If more than 1 inhalation is to be used, wait a few minutes and repeat the above process. KEEP THE SPRAY AWAY from your eyes. KEEP TRACK OF THE NUMBER of sprays you use and subtract this number from the number of doses in the container. This will help you know when the container is becoming empty. STORE THIS MEDICINE at room temperature, away from extreme temperatures and direct sunlight. Do not puncture, break, or burn container, even if it appears empty. CONTINUE TO USE this medicine even if you feel well. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE use it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.

CAUTIONS:  KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. AVOID LARGE AMOUNTS OF caffeine-containing foods and beverages, such as coffee, tea, cocoa, cola drinks, and chocolate. Before switching brands of this medicine, consult your doctor or pharmacist. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment, include fast heartbeat, nervousness, tremors, headache, difficulty sleeping, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience rash, hives, itching, wheezing, or increased difficulty breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE:  IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms of overdose may include chest pain, fast or irregular heartbeat, tremors, seizures, nervousness, sleeplessness, weakness, and dizziness.

ADDITIONAL INFORMATION:  If your symptoms do not improve or if they become worse, check with your doctor. Carry an identification card at all times that states you are taking this medicine. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 05.3 - Expires October 2005

Ex. B-17

Patient Drug Education Report

DRUG: AMLODIPINE 10 MG UD  Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME: AMLODIPINE (am-LOE-di-peen)

COMMON USES: This medicine is a calcium channel blocker used to control high blood pressure or angina (chest pain). Reducing high blood pressure helps prevent strokes, heart attacks and kidney problems.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE IF YOU ARE TAKING ANOTHER MEDICINE THAT CONTAINS AMLODIPINE. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are also taking other medicines for high blood pressure (e.g., beta-blockers, diuretics), intravenous (IV) calcium, or other medicines for chest pain such as nitroglycerin. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including heart disease, liver disease, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of low blood pressure. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. STORE THIS MEDICINE at room temperature between 59 and 86 degrees F (15 and 30 degrees C) in a tightly-closed container, away from heat and light. CONTINUE TO TAKE THIS MEDICINE even if you feel well. Do not miss any doses. Most people with high blood pressure do not feel sick. IF YOU MISS A DOSE OF THIS MEDICINE and remember it the same day, take it as soon as possible. If you do not remember until the next day, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. DO NOT STOP TAKING THIS MEDICINE without discussing it with your doctor. IF YOU ARE TAKING THIS MEDICINE FOR ANGINA, it will not relieve the pain of an acute attack if taken at the time of the acute attack. It prevents or reduces the number of angina attacks only if you take it on a regular schedule. THIS MEDICINE MAY CAUSE DIZZINESS. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. SIT UP OR STAND SLOWLY from a seated or lying position to allow your body time to adjust. WHEN YOU BEGIN USING THIS MEDICINE, it may cause a headache, which usually lasts for a short time. With continued use of the medicine, headache usually becomes less noticeable. LIMIT INTAKE OF ALCOHOL while taking this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor. This includes cough and cold products or diet aids because they may contain ingredients that could increase your heart rate or blood pressure. Ask your pharmacist about the safe use of these products. WHILE YOU ARE USING THIS MEDICINE, brush and floss your teeth carefully to reduce swelling and tenderness of your gums. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go occur while taking this medicine include nausea, fatigue, weakness, stomach pain, drowsiness, muscle cramps, headache, or flushing. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience swelling of your feet or legs; tender, bleeding, or swollen gums; worsening chest pain (attacks are more frequent, more severe, or last longer); yellowing of the eyes or skin; dark urine; a fast or irregular heartbeat; or difficulty breathing. AN ALLERGIC REACTION TO THIS MEDICINE IS UNLIKELY, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include dizziness, fainting, and a fast heartbeat.

Ex B. 18

ASPIRIN, E.C. 81 MG TAB
10/15/2005  15:08

Patient Drug Education Report

DRUG: ASPIRIN, E.C. 81 MG TAB  Rx:    NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME: ASPIRIN (AS-pir-in)

COMMON USES:  This medicine is an analgesic used to treat pain and fever, to relieve pain and inflammation
associated with arthritis and other inflammatory conditions, to prevent clots from forming in blood vessels,
and to prevent heart attacks and strokes. It may also be used to treat other conditions as determined by
your doctor.

BEFORE USING THIS MEDICINE:  WARNING: Children and teenagers should not use aspirin, aspirin- containing or
aspirin-related medicines for flu symptoms or chickenpox without first consulting a doctor. A rare but
serious illness known as Reye's syndrome may occur. Some medicines or medical conditions may interact with
this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you
are taking. DO NOT TAKE THIS MEDICINE if you are also taking heparins, sulfinpyrazone, or probenecid.
ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking anticoagulants,
biphosphonates (e.g., alendronate, risedronate), methotrexate, valproic acid, or medicine for glaucoma
(carbonic anhydrase inhibitors) or diabetes. Inform your doctor of any other medical conditions including
asthma, nasal polyps, any allergies - especially aspirin/NSAID allergy (e.g., ibuprofen, celecoxib),
pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have chickenpox, flu, or a
history of blood, bleeding, or clotting conditions. Contact your doctor or pharmacist if you have any
questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. SWALLOW
WHOLE. Do not break, crush, or chew before swallowing. TAKE THIS MEDICINE with a large glass of water or
food to reduce stomach irritation. STORE THIS MEDICINE at room temperature in a tightly-closed container,
away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking it regularly, take it as
soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular
dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT TAKE THIS MEDICINE if you have had any unusual or allergic reaction to aspirin, ibuprofen,
naproxen, or any other medicine used to treat pain, fever, swelling, or arthritis. IF YOU ARE TAKING THIS
MEDICINE FOR PAIN OR FEVER and your symptoms do not improve within a few days or if they become worse, check
with your doctor. BEFORE YOU HAVE ANY MEDICAL OR DENTAL SURGERY OR EMERGENCY TREATMENT, tell the doctor or
dentist that you are taking this medicine. DO NOT GIVE THIS MEDICINE TO A CHILD OR TEENAGER who has
chickenpox, the flu, or another viral infection. Use of this medicine for treating the symptoms of a viral
infection may cause a serious illness called Reye's syndrome. ALCOHOL WARNING: If you consume 3 or more
alcoholic drinks every day, ask your doctor whether you should take this medicine or other pain
relievers/fever reducers. This medicine may cause stomach bleeding. BEFORE YOU BEGIN TAKING ANY NEW
MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes
medicines containing aspirin or salicylate. IF YOU ARE IN THE LAST 3 MONTHS OF YOUR PREGNANCY, do not take
aspirin without first discussing it with your doctor.

POSSIBLE SIDE EFFECTS:  SIDE EFFECTS, that may go away during treatment, include upset stomach, heartburn, or
nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS
POSSIBLE if you experience vomiting, diarrhea, confusion, drowsiness, severe stomach pain, unusual bruising,
bloody or black stools, dizziness, hearing loss, ringing in the ears, or rash. CONTACT YOUR DOCTOR
IMMEDIATELY if you experience swelling of hands, face, lips, eyes, throat, or tongue; difficulty swallowing
or breathing; or hoarseness. If you notice other effects not listed above, contact your doctor, nurse, or
pharmacist.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately.
Symptoms of overdose may include vomiting, stomach pain, fast breathing, dizziness, ringing in the ears,
headache, confusion, and sweating.

ADDITIONAL INFORMATION:  IF YOUR SYMPTOMS DO NOT IMPROVE or if they become worse, contact your doctor. DO NOT

Ex B. 19

Patient Drug Education Report

DRUG: CALCIUM POLYCARBOPHIL 625MG TAB   Rx:     NEW SCRIPT  Physician: DOCTOR NOT FOUND,

GENERIC NAME: POLYCARBOPHIL CALCIUM (pol-i-KAR-boe-fil KAL-see-um)

COMMON USES:  This medicine is a bulk forming laxative used to treat constipation. It may also be used to
treat other conditions as determined by your doctor.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR
DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your
doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT
RECOMMENDED if you have appendicitis or a history of bowel obstruction. Contact your doctor or pharmacist if
you have any questions or concerns about using this medicine.

HOW TO USE THIS MEDICINE:  Use this medicine exactly as directed on the package, unless instructed differently
by your doctor. FOLLOW EACH DOSE with 8 ounces of liquid. STORE THIS MEDICINE at room temperature in a
tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as
possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing
schedule. Do not take 2 doses at once.

CAUTIONS:  If your symptoms do not improve within 1 week or if they become worse, check with your doctor. DO
NOT TAKE additional laxatives or stool softeners with this medicine unless directed by your doctor. DO NOT
USE THIS MEDICINE if you experience stomach pain, nausea, vomiting, or rectal bleeding, except under the
direction of your doctor. IF YOU NOTICE A SUDDEN CHANGE IN BOWEL HABITS which lasts for 2 weeks or more, do
not continue using this medicine. Instead, check with your doctor.

POSSIBLE SIDE EFFECTS:  A SIDE EFFECT, that may go away during treatment, is abdominal fullness. If it
continues or is bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you
experience vomiting or difficulty swallowing. If you notice other effects not listed above, contact your
doctor, nurse, or pharmacist.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately.

ADDITIONAL INFORMATION:  DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE
THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children.

Database Edition 05.3 - Expires October 2005
Copyright 2005 Wolters Kluwer Health, Inc.
All rights reserved.

EXB 20