UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL BLACK,
     Petitioner

v.

DAVID L. WINN, WARDEN,
     Respondant

CASE NO.:
4: 05-CV-40150

### N O T I C E  O F  A P P E A L

NOW COMES, the Pro Se Petitioner Michael Black, and gives Notice of his intent to appeal the denial of his "Actual Innocent Claim" pursuant to 28 USC 2241 to the First Circuit Court of Appeals in Boston, Massachusetts. The date of the denial of Petitioner's 2241 Motion is entered on 12/22/2005 by the Honorable Judge Nancy Gertner, United States District Judge. Date Petitioner received denial of 2241 is 12/29/2005.

Dated January 3, 2006

By _____
Michael Black
Reg.No. 1354-424
FMC, Devens
P.O. Box 879
Ayer, MA 01432
Petitioner/Appellant