UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40150

Michael Black

v.

David L. Winn

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/5/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 30, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/30/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:05-cv-40150-NG

Black v. Winn
Assigned to: Judge Nancy Gertner
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 09/01/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Michael Black**     represented by  **Michael Black**
11354-424
F. M. C. Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**Warden David L. Winn**     represented by  **Adam J. Bookbinder**
*Warden*
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3112
Fax: 617-748-3960
Email: adam.bookbinder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 0.0, receipt number NA, filed by Michael Black.(Hassett, Kathy) (Entered: 09/01/2005) |
|  |  |  |

| 09/01/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by Michael Black.(Hassett, Kathy) (Entered: 09/01/2005) |
|---|---|---|
| 09/01/2005 | 3 | Judge Nancy Gertner : MEMORANDUM AND ORDER entered: Petitioner's Application to Proceed in forma pauperis is ALLOWED; Petitioner's request for appointment of counsel is denied without prejudice to renew after the Respondent has filed a response to the petition; and the Respondent David Winn, Warden, shall file a response to the Petition in accordance with this Memorandum and Order.(PSSA1) (Entered: 09/02/2005) |
| 09/13/2005 | 4 | MOTION for Extension of Time to 11/9/05 to Respond to Memorandum and Order dated 9/1/05 by Michael Black.(Filo, Jennifer) (Entered: 09/14/2005) |
| 09/19/2005 |  | Judge Nancy Gertner: ElectronicORDER entered granting 4 Motion for Extension of Time to 11/9/05 to respond to Memorandum and Order dated 9/1/05. (Filo, Jennifer) (Entered: 09/19/2005) |
| 09/29/2005 | 5 | MOTION to Continue Date for 2241 Response to 10/17/05 by David L. Winn.(Bookbinder, Adam) (Entered: 09/29/2005) |
| 09/30/2005 |  | Judge Nancy Gertner: ElectronicORDER entered granting 5 Motion to Continue Date for 2241 Response to 10/17/05 (Filo, Jennifer) (Entered: 09/30/2005) |
| 10/17/2005 | 6 | Second MOTION to Continue Date for 2241 Response to 10/21/05 by David L. Winn.(Bookbinder, Adam) (Entered: 10/17/2005) |
| 10/18/2005 |  | Judge Nancy Gertner: ElectronicORDER entered granting 6 Second Motion to Continue date for 2241 response to 10/21/05. (Filo, Jennifer) (Entered: 10/18/2005) |
| 10/21/2005 | 7 | MOTION to Dismiss *2241 Petition For Want of Jurisdiction* by David L. Winn.(Bookbinder, Adam) (Entered: 10/21/2005) |
| 10/21/2005 | 8 | EXHIBITS re 7 MOTION to Dismiss *2241 Petition For Want of Jurisdiction* by David L. Winn. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Filo, Jennifer) (Entered: 10/25/2005) |
| 11/09/2005 | 9 | RESPONSE to Motion re 7 MOTION to Dismiss *2241 Petition For Want of Jurisdiction* filed by Michael Black. (Filo, Jennifer) (Entered: 11/16/2005) |

| | | |
|---|---|---|
| 11/10/2005 | 10 | MOTION to Appoint Counsel by Michael Black.(Filo, Jennifer) (Entered: 11/16/2005) |
| 12/22/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 7 Motion to Dismiss, denying 10 Motion to Appoint Counsel. Black has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. 2241. While petitions challenging the merits of a petitioner's conviction must typically be filed pursuant to 28 U.S.C. 2255, Black has attempted to avail himself of a narrow exception to this rule, arguing that he is entitled to file under the 2241 "savings clause." The government disagrees with Black's contention, as does this Court. Like Black's last petition before this Court, this presents the case of a 2255 petition masquerading as a 2241 petition. In United States v. Barnett, 178 F.3d 34, 51 (1st Cir. 1999), the First Circuit noted that a petition cannot be considered "inadequate or ineffective" under 2255--a prerequisite for the application of the savings clause--solely because a petitioner cannot meet the second or successive requirements of 2255. Black has not provided this Court with any argument in support of the proposition that 2255 is either "inadequate or ineffective" and no such rationales are obvious to the Court. Additionally, the First Circuit has made clear that where a petitioner had an opportunity to present a claim in an earlier 2255 but chose not to do so, any ineffectiveness on the part of his 2255 petition is due to him and not 2255. Id. at 53. None of the evidence allegedly supporting Black's claim of "actual innocence" was unavailable to him before he filed his first 2255 petition in the Northern District of Illinois. Consequently, he cannot now claim that 2255 is an ineffective means of challenging his conviction with the currently proffered evidence. In light of the relevant case law, I conclude that Black's petition does not fall within the savings clause exception and that the appropriate mechanism for challenging his conviction is through a 2255 petition to the Northern District of Illinois. Accordingly, this petition is dismissed. (Entered: 12/22/2005) |
| 01/05/2006 | 11 | NOTICE OF APPEAL by Michael Black. Fee not paid, no motion for IFP. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal |

| | | Record due by 1/25/2006. (Hassett, Kathy) (Entered: 01/09/2006) |
|---|---|---|