# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1228

MICHAEL BLACK,

Petitioner, Appellant,

v.

DAVID L. WINN, WARDEN AT F.M.C. DEVENS,

Respondent, Appellee.

---

Before

Selya, Lynch and Howard,
<u>Circuit Judges</u>.

---

**JUDGMENT**
Entered: June 15, 2006

For the reasons stated by the Massachusetts district court in its December 22, 2005 order dismissing petitioner Michael Black's §2241 petition, the government's motion for summary disposition is <u>granted</u>. After careful review of the parties' filings and the record, the judgment of the district court dismissing petitioner's §2241 petition is summarily affirmed. <u>See</u> 1st Cir. R. 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Niebo
Deputy Clerk
Date: 6/17/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

[cc: Michael Black, Adam J. Bookbinder, AUSA, Dina Michael Chaitowitz, AUSA]