IN FORMA PAUPERIS DECLARATION

_The United States District Court District of Massachusetts_
[Insert appropriate court]

_Michael Black_
(Petitioner)

v.

_United States of America_
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _Michael Black_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _I'm A Federal Prisoner, I'm disable due to A 1996 injury, I have no previous work history._

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes ☐   No ☒
   b. Rent payments, interest or dividends?               Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
   d. Gifts or inheritances?                              Yes ☐   No ☒
   e. Any other sources?                                  Yes ☐   No ☒

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _No, one I'm A paraplegic 160% disable I'm A Federal Prisoner. I do not work_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

_____
Signature of Petitioner

Certificate

I hereby certify that the movant herein has the sum of $ .10 on account to his credit at the FMC Devens institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said 4.10 institution: FMC Devens

_____J. Nelson_____
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

# Inmate Statement

| Inmate Reg #: | | Current Institution: | |
| Inmate Name: | | Housing Unit: | |
| Report Date: | | | |
| Report Time: | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 9/8/2006 5:43:16 PM | TFN0908 | | | Phone Withdrawal | ($20.00) | | $5.10 |
| DEV | 9/8/2006 5:34:49 AM | 70165801 | | | Lockbox - CD | $25.00 | | $25.10 |
| DEV | 9/8/2006 5:34:49 AM | 4BUHD030 - 978 | | | Debt Encumbrance | | ($5.00) | -------- |
| DEV | 9/1/2006 11:30:27 AM | TFN0901 | | | Phone Withdrawal | ($9.00) | | $0.10 |
| DEV | 9/1/2006 2:07:57 AM | 4BUHD030 - 924 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| DEV | 9/1/2006 2:07:57 AM | 4BUHD030 - 908 | | | Debt Encumbrance - Released | | $2.40 | -------- |
| DEV | 8/12/2006 1:02:26 PM | TFN0812 | | | Phone Withdrawal | ($3.00) | | $9.10 |
| DEV | 8/10/2006 11:58:51 AM | 77 | | | Sales | ($2.90) | | $12.10 |
| DEV | 8/9/2006 8:01:59 PM | TFN0809 | | | Phone Withdrawal | ($6.00) | | $15.00 |
| DEV | 8/9/2006 11:19:12 AM | TFN0809 | | | Phone Withdrawal | ($3.00) | | $21.00 |
| DEV | 8/8/2006 6:55:15 PM | TFN0808 | | | Phone Withdrawal | ($5.00) | | $24.00 |
| DEV | 8/8/2006 12:03:22 PM | TFN0808 | | | Phone Withdrawal | ($4.00) | | $29.00 |
| DEV | 8/8/2006 5:36:50 AM | 70163601 | | | Lockbox - CD | $30.00 | | $33.00 |
| DEV | 8/8/2006 5:36:50 AM | 4BUHD030 - 924 | | | Debt Encumbrance | | ($6.00) | -------- |
| DEV | 8/3/2006 7:33:53 PM | TFN0803 | | | Phone Withdrawal | ($9.00) | | $3.00 |
| DEV | 8/3/2006 9:46:55 AM | 70163301 | | | Lockbox - CD | $12.00 | | $12.00 |
| DEV | 8/3/2006 9:46:55 AM | 4BUHD030 - 908 | | | Debt Encumbrance | | ($2.40) | -------- |
| DEV | 8/1/2006 6:11:05 PM | TFN0801 | | | Phone Withdrawal | ($10.00) | | $0.00 |
| DEV | 8/1/2006 2:07:54 AM | 4BUHD030 - 868 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| DEV | 8/1/2006 2:07:54 AM | 4BUHD030 - 883 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| DEV | 8/1/2006 2:07:54 AM | 4BUHD030 | 1178 | | PLRA Payment | ($0.15) | | $10.00 |
| DEV | 7/23/2006 10:38:21 PM | TFN0723 | | | Phone Withdrawal | ($10.00) | | $10.15 |
| DEV | 7/23/2006 6:09:41 PM | TFN0723 | | | Phone Withdrawal | ($10.00) | | $20.15 |
| DEV | 7/22/2006 5:27:38 AM | 70162501 | | | Lockbox - CD | $25.00 | | $30.15 |
| DEV | 7/22/2006 5:27:38 AM | 4BUHD030 - 883 | | | Debt Encumbrance | | ($5.00) | -------- |
| DEV | 7/15/2006 2:07:08 AM | FDEVD091 - 454 | | | Debt Encumbrance - Released | | $18.50 | -------- |
| DEV | 7/15/2006 2:07:08 AM | FICD0406 - 870 | | | Debt Encumbrance - Released | | $2.00 | -------- |
| DEV | 7/15/2006 2:07:08 AM | FDEVD091 - 869 | | | Debt Encumbrance - Released | | $1.90 | -------- |
| DEV | 7/15/2006 2:07:08 AM | FICD0406 | | | Inmate Co-pay | ($2.00) | | $5.15 |
| DEV | 7/15/2006 2:07:08 AM | FDEVD091 | | | Photo Copies | ($20.40) | | $7.15 |
| DEV | 7/14/2006 5:00:22 PM | TFN0714 | | | Phone Withdrawal | ($16.00) | | $27.55 |
| DEV | 7/14/2006 5:17:59 AM | 70161901 | | | Lockbox - CD | $25.00 | | $43.55 |
| DEV | 7/14/2006 5:17:59 AM | FDEVD091 - 869 | | | Debt Encumbrance | | ($1.90) | -------- |

| | | | | | | |
|---|---|---|---|---|---|---|
| DEV | 7/14/2006 5:17:59 AM | FICD0406 - 870 | Debt Encumbrance | | ($2.00) | -------- |
| DEV | 7/14/2006 5:17:59 AM | 4BUHD030 - 868 | Debt Encumbrance | | ($5.00) | -------- |
| DEV | 5/1/2006 5:02:30 PM | ITS2CONV | Phone Rev With Rel | $0.05 | | $18.55 |
| DEV | 4/3/2006 5:48:20 PM | ITS0403 | Phone Withdrawal | ($8.00) | | $18.50 |
| DEV | 4/1/2006 2:07:49 AM | 4BUHD030 - 451 | Debt Encumbrance - Released | | $8.00 | -------- |
| DEV | 3/12/2006 2:07:11 AM | FDEVD072 - 453 | Debt Encumbrance - Released | | $7.50 | -------- |
| DEV | 3/12/2006 2:07:11 AM | FDEVD071 - 452 | Debt Encumbrance - Released | | $6.00 | -------- |
| DEV | 3/12/2006 2:07:11 AM | FDEVD071 | Photo Copies | ($6.00) | | $34.00 |
| DEV | 3/12/2006 2:07:11 AM | FDEVD072 | Photo Copies | ($7.50) | | $26.50 |
| DEV | 3/11/2006 5:26:27 AM | 70153201 | Lockbox - CD | $40.00 | | $40.00 |
| DEV | 3/11/2006 5:26:27 AM | FDEVD071 - 452 | Debt Encumbrance | | ($6.00) | -------- |
| DEV | 3/11/2006 5:26:27 AM | FDEVD072 - 453 | Debt Encumbrance | | ($7.50) | -------- |
| DEV | 3/11/2006 5:26:27 AM | 4BUHD030 - 451 | Debt Encumbrance | | ($8.00) | -------- |
| DEV | 3/11/2006 5:26:27 AM | FDEVD091 - 454 | Debt Encumbrance | | ($18.50) | -------- |
| DEV | 12/3/2005 12:35:17 PM | ITS1203 | Phone Withdrawal | ($5.00) | | $0.00 |
| DEV | 12/1/2005 2:07:59 AM | 4BUHD030 - 147 | Debt Encumbrance - Released | | $5.00 | -------- |
| DEV | 11/23/2005 2:07:20 AM | 5DEVD029 - 191 | Debt Encumbrance - Released | | $20.00 | -------- |

1 2

Total Transactions: 60

Totals: ($34.90) $35.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $0.10 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.10 |
| Totals: | $0.10 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.10 |